1 | Jeffrey M. Lenkov (State Bar No. 156478)
   jml@manningllp.com
2 | Andrei Dumitrescu (State Bar No. 320456)
   avd@manningllp.com
3 | **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
4 | 225 Broadway, Suite 1200
San Diego, California 92101
5 | Telephone: (619) 515-0269
Facsimile: (619) 515-0268

Attorneys for CVS Pharmacy, Inc., and Longs Drug Stores California, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| BRENDA LAVERY-MADRUGA and JAMES MADRUGA,<br><br>    Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC, LONGS DRUG STORES CALIFORNIA, LLC, and DOES 1 to 20,<br><br>    Defendant. | Case No. **'22CV0995 JLS AHG**<br><br>**DEFENDANTS CVS PHARMACY, INC. AND LONGS DRUG STORES CALIFORNIA, LLC'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b); DECLARATION OF ANDREI V. DUMITRESCU; DEMAND FOR JURY TRIAL** |
|---|---|

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    PLEASE TAKE NOTICE that Defendants CVS PHARMACY, INC. and LONGS DRUG STORES CALIFORNIA, LLC, hereby remove to this Court the State Court action described below:

    1.    On January 7, 2022, Plaintiffs BRENDA LAVERY-MADRUGA and JAMES MADRUGA ("**Plaintiffs**") filed this action in the Superior Court of the State of California, County of San Diego, as Case No. 37-2022-00000777-CU-PO-CTL.

    2.    On June 7, 2022, Plaintiff served the Summons, Complaint, Notice, Order, and Attachments(s) on CVS PHARMACY, INC. and LONGS DRUG

STORES CALIFORNIA, LLC ("**Defendant**"). A true and correct copy of the summons and complaint are attached hereto as **Exhibit "A."**

3. On July 7, 2022, Defendants filed their Answer to Plaintiff's Complaint. A true and correct copy of the Answer is attached hereto as **Exhibit "B."**

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

5. Diversity of the parties exists as Plaintiffs Brenda Lavery-Madruga and James Madruga are citizens of the State of California.

6. Defendant, LONGS DRUG STORES CALIFORNIA, LLC. is not a citizen of California. It is a limited liability company whose sole member is LONGS DRUG STORES, LLC, a Rhode Island corporation with its principal place of business in Woonsocket, RI.

7. Unlike a corporation, the citizenship of a limited liability company is the citizenship of each of its members . Accordingly, Defendant, LONGS DRUG STORES CALIFORNIA, LLC, is a citizen of the State of Rhode Island.

8. Defendant, CVS PHARMACY, INC., is not a citizen of California. It is a Rhode Island corporation with its principal place of business in Woonsocket, RI. Accordingly, Defendant CVS PHARMACY, INC. is a citizen of the State of Rhode Island. Therefore, there is complete diversity between Plaintiffs and Defendants.

8. Plaintiffs' Complaint alleges damages according to proof and Defendants are unable to ascertain the exact amount at the time of filing of this instant Removal. Based on correspondence with counsel, Plaintiff has been receiving medical treatment for over two years. Plaintiff's counsel has represented that while the exact lien amounts are unknown at this time, Plaintiffs' damages total

1  over $100,000.

2      9.    Thus, the amount in controversy in this action exceeds the $75,000.00

3  jurisdictional limit established by 28 U.S.C. §1332(a).

5  DATED: July 7, 2022

        **MANNING & KASS**
        **ELLROD, RAMIREZ, TRESTER LLP**

By:    /s/ Jeffrey M. Lenkov
        Jeffrey M. Lenkov, Esq.
        Andrei V. Dumitrescu, Esq.
        Attorneys for CVS Pharmacy, Inc., and Longs Drug Stores California, LLC

4875-3429-4823.1

3

**DEFENDANTS CVS PHARMACY, INC. AND LONGS DRUG STORES CALIFORNIA, LLC'S NOTICE OF REMOVAL OF ACTION; DEMAND FOR JURY TRIAL**

# DECLARATION OF ANDREI V. DUMITRESCU

I, Andrei V. Dumitrescu, declare that:

1. I am an attorney at law duly licensed to practice before this Court and all of the courts of the State of California. I am an associate of Manning & Kass, Ellrod, Ramirez, Trester LLP, the attorneys for Defendants CVS Pharmacy, Inc. and Longs Drug Stores California, L.L.C., in this action. If called upon to do so, I could and would testify to the following from my personal knowledge, except as to those matters stated on information and belief, as to which I believe them to be true.

2. On June 7, 2022, Plaintiff served the Summons, Complaint, Notice, Order, and Attachments(s) A true and correct copy of the Summons and Complaint is attached hereto as **Exhibit "A."**

3. On July 7, 2022, Defendants filed their Answer to Plaintiff's Complaint. A true and correct copy of the Answer is attached hereto as **Exhibit "B."**

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

5. Diversity of the parties exists as Plaintiffs Brenda Lavery-Madruga and James Madruga are citizens of the State of California and the only properly named legal entities, Defendants CVS Pharmacy, Inc. and Longs Drug Stores California, L.L.C. are citizens of the State of Rhode Island.

6. The sole member of Defendant Longs Drug Stores California, L.L.C., is Longs Drug Stores, L.L.C., a Rhode Island Limited Liability Company with its principal place of business in Woonsocket, RI.

7. Defendant, CVS PHARMACY, INC., is not a citizen of California. It is a Rhode Island corporation with its principal place of business in Woonsocket, RI.

1  Accordingly, Defendant CVS PHARMACY, INC. is a citizen of the State of Rhode
2  Island. Therefore, there is complete diversity between Plaintiffs and Defendants.
3      7.    Plaintiffs' Complaint alleges damages according to proof and
4  Defendants are unable to ascertain the exact amount at the time of filing of this
5  instant Removal. Based on correspondence with counsel, Plaintiff has been
6  receiving medical treatment for over two years. On July 7, 2022, I had a telephonic
7  conversation with counsel for Plaintiffs wherein counsel detailed Plaintiff's worker's
8  comp and other personal injury liens for this matter, and that while the exact amount
9  is unknown it will total over $100,000. Therefore, Plaintiff's seeks damages in an
10  amount over $100,000.
11      8.    Thus, the amount in controversy in this action exceeds the $75,000.00
12  jurisdictional limit established by 28 U.S.C. §1332(a).
13      I declare under penalty of perjury under the laws of the United States of
14  America that the foregoing is true and correct and that this declaration was executed
15  at San Diego, California on July 7, 2022.

                                                   Andrei V. Dumitrescu

4875-3429-4823.1

5

**DEFENDANTS CVS PHARMACY, INC. AND LONGS DRUG STORES CALIFORNIA, LLC'S NOTICE OF REMOVAL OF ACTION; DEMAND FOR JURY TRIAL**